UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **EDCV 15-2427-MWF(KKx)**                              Dated: **March 23, 2016**

Title:     Enrique Camarillo -v- Select Portfolio Servicing, Inc., et al.

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

|   Cheryl Wynn              |   None Present   |
|   Relief Courtroom Deputy  |   Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

   None Present                              None Present

PROCEEDINGS (IN CHAMBERS):        COURT ORDER

In light of the Notice of Settlement filed March 22, 2016, the Court sets a hearing on Order To Show Cause Re Dismissal for **April 25, 2016 at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  *All other dates are hereby vacated.*

   **IT IS SO ORDERED.**

MINUTES FORM 90                                          Initials of Deputy Clerk   cw
CIVIL - GEN